1  Olaf W. Hedberg, SBN #151082
   Olaf W. Hedberg, Attorney at Law
2  1107 9th St., Suite 850
   Sacramento, CA 95814
3  (916) 447-1192
   Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | No. CR-S-07-374-GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED ORDER]. |
| vs. | ) | |
| ARTHUR GUTIERREZ, JR. | ) | Date: September 28, 2007 |
| | ) | Time: 9 A.M. |
| Defendant. | ) | Judge: Hon. Garland E. Burrell |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, PHILIP TALBERT, Assistant Untied States Attorney, attorney for Plaintiff, and OLAF HEDBERG, attorney for defendant that the status conference now scheduled for September 28, 2007 at 8:30 AM be vacated and a new date of November 16th at 9 A.M. be set for status. The government recently provided Defendant with discovery. The defense needs time to review that discovery .

It is further stipulated and agreed between the parties that the period beginning September 28, 2007 and ending November 16th, 2007, should be excluded in computing the time

within which the trial of the above criminal prosecution must commence for the purpose of the Speedy Trial Act for defense preparation. The defense has been engaged in ongoing legal research and investigation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Respectfully submitted,
Dated this 26th of September, 2007
By /s/ Olaf Hedberg
Olaf W. Hedberg, Attorney at Law
Attorney for Arthur Gutierrez

Dated this 26th day of September, 2007
MCGREGOR W. SCOTT
United States Attorney
/s/ Olaf Hedberg for Philip Talbert
Philip Talbert
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED**

**September 28, 2007**

GARLAND E. BURRELL, JR.
United States District Judge