Olaf W. Hedberg, SBN #151082
Olaf W. Hedberg, Attorney at Law
1107 9th St., Suite 850
Sacramento, CA 95814
(916) 447-1192
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ARTHUR GUTIERREZ, JR. ) <br> ) <br> Defendant. ) | No. CR-S-07-374-GEB <br><br> STIPULATION AND [PROPOSED ORDER]. <br><br> Date: November 16, 2007 <br> Time: 9 A.M. <br> Judge: Hon. Garland E. Burrell |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, PHILIP TALBERT, Assistant Untied States Attorney, attorney for Plaintiff, and OLAF HEDBERG, attorney for defendant that the status conference now scheduled for November 16, 2007 at 9:00 AM be vacated and a new date of December 7th at 9 A.M. be set for status. The defense needs time to review discovery .

It is further stipulated and agreed between the parties that the period beginning November 16, 2007 and ending December 7th, 2007, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for the purpose of the

Speedy Trial Act for defense preparation. The defense has been engaged in ongoing legal research and investigation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Respectfully submitted,
Dated this 13th of November, 2007
By /s/ Olaf Hedberg
Olaf W. Hedberg, Attorney at Law
Attorney for Arthur Gutierrez

Dated this 13th day of November, 2007
MCGREGOR W. SCOTT
United States Attorney
/s/ Olaf Hedberg for Philip Talbert
Philip Talbert
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED**

DATED: November 19, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge