Olaf W. Hedberg, SBN #151082
Olaf W. Hedberg, Attorney at Law
1107 9th St., Suite 850
Sacramento, CA 95814
(916) 447-1192
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. CR-S-07-374-GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED |
| vs. ) | ORDER]. |
| ) | |
| ARTHUR GUTIERREZ, JR. ) | Date: January 9, 2008 |
| ) | Time: 9 A.M. |
| Defendant. ) | Judge: Hon. Garland E. Burrell |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, PHILIP TALBERT, Assistant Untied States Attorney, attorney for Plaintiff, and OLAF HEDBERG, attorney for defendant that the status conference now scheduled for January 11, 2008 at 9:00 AM be vacated and a new date of February 8th 2008 at 9 A.M. be set for status. The defense needs time to review discovery . Further, the parties are engaged in ongoing settlement negotiations.

It is further stipulated and agreed between the parties that the period beginning January 11, 2008 and ending February 8th, 2008, should be excluded in computing the time within which

Page 1 of 2

the trial of the above criminal prosecution must commence for the purpose of the Speedy Trial Act for defense preparation. The defense has been engaged in ongoing legal research and investigation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Respectfully submitted,
Dated this 9th of January, 2008
By /s/ Olaf Hedberg
Olaf W. Hedberg, Attorney at Law
Attorney for Arthur Gutierrez

Dated this 9th of January, 2008
MCGREGOR W. SCOTT
United States Attorney
/s/ Olaf Hedberg for Philip Talbert
Philip Talbert
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED**

Dated: January 10, 2008

GARLAND E. BURRELL, JR.
United States District Judge