1  Olaf W. Hedberg, SBN #151082
   Olaf W. Hedberg, Attorney at Law
2  1107 9th St., Suite 850
   Sacramento, CA 95814
3  (916) 447-1192
   Attorney for Defendant
4

IN THE UNITED STATES DISTRICT COURT
5       FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7

8  UNITED STATES OF AMERICA       )    No. CR-S-07-374-GEB
                                  )
9           Plaintiff,            )    STIPULATION AND ORDER
        vs.                       )
10                                )
   ARTHUR GUTIERREZ, JR.          )    Date: February 8, 2008
11                                )    Time: 9 A.M.
            Defendant.            )    Judge: Hon. Garland E. Burrell
12 _____)

13

14      IT IS HEREBY STIPULATED by and between the parties hereto through their respective

15 counsel, JILL THOMAS, Assistant Untied States Attorney, attorney for Plaintiff, and OLAF

16 HEDBERG, attorney for defendant that the status conference now scheduled for February 8,

17 2008 at 9:00 AM be vacated and a new date of March 28th 2008 at 9 A.M. be set for status. The

18 defense needs time to review discovery. Further, the parties are engaged in ongoing settlement

19 negotiations.

20      It is further stipulated and agreed between the parties that the period beginning February

21 8, 2008 and ending March 28th, 2008, should be excluded in computing the time within which

22                           Page 1 of 2

the trial of the above criminal prosecution must commence for the purpose of the Speedy Trial Act for defense preparation. The defense has been engaged in ongoing legal research and investigation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Respectfully submitted,
Dated this 8th of February, 2008
By /s/ Olaf Hedberg
Olaf W. Hedberg, Attorney at Law
Attorney for Arthur Gutierrez

Dated this 8th of February, 2008
MCGREGOR W. SCOTT
United States Attorney
/s/ Olaf Hedberg for Jill Thomas
Jill Thomas
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED**

Dated: February 7, 2008

GARLAND E. BURRELL, JR.
United States District Judge