1  CHRISTOPHER HAYDN-MYER, Bar #176333
   1809 19th Street
2  Sacramento, California 95811
   Telephone: (916) 622-1703
3  Fax: (916) 443-5084
   email: chrishaydn@sbcglobal.net
4

5  Attorney for Defendant
   ARTHUR GUTIERREZ, JR.
6

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,      )  CR. NO. S-07-0374-GEB
                                  )
13              Plaintiff,        )  STIPULATION; [PROPOSED] ORDER
                                  )
14     v.                         )
                                  )  DATE:  July 25, 2008
15 ARTHUR GUTIERREZ, JR.,         )  TIME:  9:00 a.m.
                                  )  COURT: Hon. Garland E. Burrell,
16              Defendants.       )         Jr.
                                  )
17 _____)
                                  )
18                                )

19      Defendant, ARTHUR GUTIERREZ, through Christopher Haydn-Myer,

20 Attorney At Law, and defendant, and the United States of America,

21 through Assistant U.S. Attorney Jill Thomas, agree as follows:

22      It is hereby stipulated that the status conference currently set

23 for July 25th, 2008, be vacated and a new status conference be

24 scheduled on August 22, 2008 at 9:00 a.m.

25      It is further stipulated and agreed between the parties that the

26 time under the Speedy Trial Act should be excluded from today's date to

27 August 22, 2008, under Local Code T4, Title 18, United States Code

28 section 3161(h)(8)(B)(iv), to give the defendants time to further

review the discovery and to adequately prepare.

Dated: July 23, 2008

                                                  Respectfully submitted,

                                                  /s/ Christopher Haydn-Myer
_____
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
ARTHUR GUTIERREZ, JR.


DATED: July 23, 2008                      McGREGOR W. SCOTT
                                          United States Attorney

                                          /S/ Christopher Haydn-Myer for
                                          JILL THOMAS
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff


## ORDER

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for July 25th, 2008 be vacated and a new status conference be scheduled on August 22nd, 2008 at 9:00 a.m., and the time under the Speedy Trial Act should be excluded from today's date to August 22nd, 2008, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv).

Dated:  July 24, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

2