```
 1  CHRISTOPHER HAYDN-MYER, Bar #176333
    1809 19th Street
 2  Sacramento, California 95811
    Telephone: (916) 622-1703
 3  Fax: (916) 443-5084
    email: chrishaydn@sbcglobal.net
 4

 5  Attorney for Defendant
    ARTHUR GUTIERREZ, JR.
 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,    )  CR. NO. S-07-0374-GEB
                                 )
13              Plaintiff,       )  STIPULATION; [PROPOSED] ORDER
                                 )
14        v.                     )
                                 )  DATE: September 26th, 2008
15  ARTHUR GUTIERREZ, JR.,       )  TIME:  9:00 a.m.
                                 )  COURT: Hon. Garland E. Burrell,
16              Defendants.      )       Jr.
                                 )
17  _____ )
                                 )
18                               )

19       Defendant, ARTHUR GUTIERREZ, through Christopher Haydn-Myer,
20  Attorney At Law, and defendant, and the United States of America,
21  through Assistant U.S. Attorney Jill Thomas, agree as follows:
22       It is hereby stipulated that the status conference currently set
23  for September 26th, 2008, be vacated and a new status conference be
24  scheduled on October 3rd, 2008 at 9:00 a.m.
25       It is further stipulated and agreed between the parties that the
26  time under the Speedy Trial Act should be excluded from today's date to
27  October 3rd, 2008, under Local Code T4, Title 18, United States Code
28  section 3161(h)(8)(B)(iv), to give the defendants time to further
```

1  review the discovery and to adequately prepare.

3  Dated: September 25th, 2008

                                    Respectfully submitted,

                                    /s/ Christopher Haydn-Myer
                                    _____
                                    CHRISTOPHER HAYDN-MYER
                                    Attorney for Defendant
                                    ARTHUR GUTIERREZ, JR.


9  DATED: September 25th, 2008      McGREGOR W. SCOTT
                                    United States Attorney

                                    /S/ Christopher Haydn-Myer for
                                    JILL THOMAS
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff


**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for September 26th, 2008 be vacated and a new status conference be scheduled on October 3rd, 2008 at 9:00 a.m., and the time under the Speedy Trial Act should be excluded from today's date to October 3rd, 2008, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv).

Dated: September 26, 2008

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3